# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3357
_____

GEORGE ROBERT GRIECO,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


December 7, 2018


PER CURIAM.

DENIED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

George Robert Grieco, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.